UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TIMOTHY IRWIN,

     Plaintiff,

v.                                                              CASE NO.: 8:12-cv-1025-T-23MAP

CAROLYN W. COLVIN, Acting
Commissioner of the United States
Social Security Administration,

     Defendant.
_____/

## ORDER

On August 5, 2013, United States Magistrate Judge Mark A. Pizzo issued a

report (Doc. 17) that recommends affirming the Commissioner's decision.  The

plaintiff objects (Doc. 18) to the report and recommendation and argues that the

administrative law judge incorrectly found that the plaintiff was not fully credible.

The plaintiff acknowledges that the finding was supported by "many reasons" and

concedes that one of those reasons was reasonable.  "A clearly articulated credibility

finding with substantial supporting evidence in the record will not be disturbed by a

reviewing court." *Foote v. Chater*, 67 F.3d 1553, 1562 (11th Cir. 1995).  The

administrative law judge's finding is supported by substantial evidence.  (Doc. 11-2 at

27-28)  Accordingly, the plaintiff's objections (Doc. 18) are **OVERRULED**, and the

report and recommendation (Doc. 17) is **ADOPTED**.  Under sentence four of

42 U.S.C. § 405(g), the Commissioner's decision is **AFFIRMED**.  The clerk is

directed (1) to terminate any pending motion and (2) to close the case.

ORDERED in Tampa, Florida, on September 9, 2013.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE